UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA
200 NW 4TH STREET, OKLAHOMA CITY, OK 73102
COURTROOM 302

**CRIMINAL JURY DOCKET BEFORE JUDGE DAVID L. RUSSELL**

TUESDAY – FEBRUARY 14, 2023, 9:00 A.M.

**PHOTO ID IS REQUIRED FOR <u>ANYONE</u> ENTERING THE FEDERAL COURTHOUSE.**

Notice to all counsel: any motions to continue and/or plea changes **must** be filed and/or presented to the Court **no later than Friday, January 27th, 2022.**

| | | |
|---|---|---|
| CR-21-351-R | United States of America | Jessica L. Cardenas |
| | | Kaleigh Blackwell |
| | -v- | |
| | Richard Dale Mayes | Taylor McLawhorn |
| | | |
| CR-22-119-R | United States of America | Nicholas M. Coffey |
| | -v- | |
| | Warsame Abirahman Ali | Alyssa D. Farrell |
| | | Taylor McLawhorn |
| | | |
| CR-22-318-R | United States of America | David Raymond Nichols, Jr |
| | -v- | |
| | Avery Lamont Parrish | Robert S. Jackson |
| | | |
| CR-22-380-R | United States of America | Mary E. Walters |
| | -v- | |
| | Nina Nguyen (1) | J. David Ogle |
| | Andrewe Steven Hansen (2) | Henry A. Meyer, III |

| | | |
|---|---|---|
| CR-22-463-R | United States of America | Corbin Houston |
| | -v- | |
| | Braedon Wood | Jack D. Fisher |