## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>    )<br>Plaintiff,   )<br>    )<br>v.    )<br>    )<br>ANDREWE STEVEN HANSEN,   )<br>  a/k/a Andrew Steven Hansen,   )<br>    )<br>Defendant.   ) | Case No. CR-22-380-R |

### SECOND UNOPPOSED MOTION FOR ADDITIONAL TIME TO FILE OBJECTIONS TO INITIAL PRESENTENCE REPORT

COMES NOW, the Defendant, Andrewe Steven Hansen, through counsel, and pursuant to LCrR12.1(f) of this Court, respectfully moves the Court for additional time to object to the Presentence Investigation Report, which was filed of record on September 20, 2023 (Doc. 56), and for which objections are due on October 18, 2023. In further support of this motion, Defendant states as follows:

1. Pursuant to LCrR12.1(f)(6), Defendant's counsel has contacted the Assistant U.S. Attorney, Mary E. Walters, and Megan M. Hicks, U.S. Probation Officer, both of whom advised that they have no objection to the additional time sought to review the Presentence Investigation Report and make objections.

2. Defendant Andrewe Steven Hansen, released on bond and conditions after entering his plea, presently resides at 493 County Road 2276, Barnsdall, Oklahoma 74002, and is employed.

3. Counsel would inform he Court that his legal assistant is scheduled to have

eye surgery and will need to recover at home until October 31, 2023.

4. Counsel for the Defendant respectfully requests the Court to enter an Order granting this second motion for extension of time to respond to the Presentence Investigation Report, enlarging the time to respond from October 18, 2023 until November 3, 2023, for the reasons set forth hereinabove.

Respectfully submitted,

/s/ Henry A. Meyer, III
Henry A. Meyer, III, OBA No. 6163
KRAHL, GOERKE, MEYER & BEHENNA, PLLC
210 Park Avenue, Suite 3030
Oklahoma City, OK 73102-8005
Telephone:   405-232-3800
Facsimile:    405-232-8999
Email:  hank@lawfirmokc.com
*Attorney for Defendant Andrewe Steven Hansen.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of October, 2023, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing, which will automatically send e-mail notification of such filing to all attorneys of record.

/s/ Henry A. Meyer, III
Henry A. Meyer, III